FILED IN OPEN COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAN 2 9 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  **08 - 0 1 3** |
| | : | |
| v. | : | MAGISTRATE NO.  08-0048M-01 (CR) |
| | : | MAGISTRATE NO.  08-0048M-02 (CR) |
| **ANTONIO DOUGLAS,** | : | MAGISTRATE NO.  08-0048M-03 (CR) |
| **WALTER ANDREW DOUGLAS,** | : | MAGISTRATE NO.  08-0050M-01 (CR) |
| **JOHN WESLEY LYONS,** | : | |
| **DAVID NIKOLOW,** | : | VIOLATIONS:  18 U.S.C. § 371 |
| **Defendants.** | : | (Conspiracy to Transport and/or Receive Stolen |
| | : | Goods); |
| | : | 18 U.S.C. § 2314 |
| | : | (Interstate Transportation of Stolen Goods); |
| | : | 18 U.S.C.  § 2315 |
| | : | (Receipt or Possession of Stolen Goods); |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C.  § 2 |
| | : | (Aiding and Abetting) |

LAMBERTH, J. RCL

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

From on or about January 23, 2008 to on or about January 24, 2008, within the District of

Columbia, **ANTONIO DOUGLAS, WALTER ANDREW DOUGLAS, JOHN WESLEY**

**LYONS, and DAVID NIKOLOW,** did knowingly and willfully combine, conspire, confederate

and agree together to transport and/or receive in interstate commerce, stolen goods of a value of

*Case Related To: CR 04-379 (RCL)*

$5,000 or more, knowing the same to be stolen, in violation of Title 18, United States Code, Sections 2314 and 2315.

**(Conspiracy to Transport Stolen Goods**, in violation of Title 18, United States Code, Section 371)

## COUNT TWO

On or about January 23, 2008, within the District of Columbia, **ANTONIO DOUGLAS, WALTER ANDREW DOUGLAS, and JOHN WESLEY LYONS**, did unlawfully transport in interstate commerce a stolen goods of a value of $16,100 or more, that is, Chanel Bags, from the Common Wealth of Virginia to the District of Columbia, knowing the same to be stolen.

**(Interstate Transportation of Stolen Goods and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2314 and 2)

## COUNT THREE

On or about January 24, 2008, within the District of Columbia, **DAVID NIKOLOW**, did receive, possess, conceal, store, barter, sell, or dispose of any goods, wares, or merchandise, securities or money of the value of $5,000 or more, or pledges or accepts as security for a loan any goods, wares, or merchandise, or securities, of the value of $500 or more, which have crossed a State of boundary after being stolen, unlawfully converted, or taken, knowing the same to have been stolen, unlawfully converted, or taken.

**(Receipt or Possession of Stolen Goods**, in violation of Title 18, United States Code, Section 2315)

## COUNT FOUR

On or about January 24, 2008, within the District of Columbia, **ANTONIO DOUGLAS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in

Montgomery County, Maryland, Docket No. 101321C, did unlawfully and knowingly receive and possess a firearm, that is, Bryco Arms Jennings 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about January 24, 2008, within the District of Columbia, **WALTER ANDREW DOUGLAS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Arlington County, Virginia, Criminal Case Nos. CR04001323-00 and CF04000453, did unlawfully and knowingly receive and possess a firearm, that is, Bryco Arms Jennings 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.