| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Crim. Case No.: 08-CR-013 (RCL) |
| | * |
| David Nikolow, *et al.* | * |
| | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO ADOPT AND CONFORM DEFENDANT WALTER ANDREW DOUGLAS' MEMORANDUM TO OPPOSE GOVERNMENT'S MOTION TO SUSPEND THE COMPUTATION OF TIME PURSUANT TO THE SPEEDY TRIAL ACT

The Defendant, David Nikolow, by and through counsel, Rudolph Acree Jr., moves this Court to allow him to adopt and conform to Defendant Walter Andrew Douglas' Memorandum to Oppose Government's Motion to Suspend the Computation of Time pursuant to the Speedy Trial Act. In support of this motion, Mr. Nikolow states the following:

1. Asserts the grounds for relief that Mr. Nikolow has standing to raise.

2. Mr. Nikolow does not seek relief inconsistent with relief already sought in motions filed by the defendant.

3. Mr. Nikolow submits that the granting of this Motion will conserve judicial resources considerably by limiting the filing of similar motions by Mr. Nikolow.

**WHEREFORE**, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Nikolow's Motion to Adopt and Conform Defendant Walter Andrew

Douglas' Memorandum to Oppose Government's Motion to Suspend the Computation of Time pursuant to the Speedy Trial Act.

                                              Respectfully Submitted,

                                            _____/s/_____
                                            Rudolph Acree, Jr. Esq.
                                            Counsel for David Nikolow
                                            1211 Connecticut Avenue
                                            Suite 506
                                            Washington, D.C. 20036
                                            (202) 331-1961

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March 2008, a copy of the foregoing Motion to Adopt and Conform Defendant Walter Andrew Douglas' Memorandum to Oppose Government's Motion to Suspend the Computation of Time pursuant to the Speedy Trial Act was delivered via electronic case filing.

  _____/s/_____
  Rudolph Acree, Jr.