UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-013 (RCL) |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | MAGISTRATE NO. 08-0180M-01 (CR) |
| ANTONIO DOUGLAS, | : | |
| WALTER ANDREW DOUGLAS, | : | VIOLATIONS: 18 U.S.C. § 371 |
| JOHN WESLEY LYONS, | : | (Conspiracy to Transport and/or Receive |
| DAVID NIKOLOW, | : | Stolen Goods); |
| BRADLEY CARTER, | : | 18 U.S.C. § 2314 |
| Defendants. | : | (Interstate Transportation of Stolen Goods); |
| | : | 18 U.S.C. § 2315 |
| | : | (Receipt or Possession of Stolen Goods); |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year); |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

From on or about January 23, 2008 to on or about January 24, 2008, within the District of Columbia, **ANTONIO DOUGLAS, WALTER ANDREW DOUGLAS, JOHN WESLEY LYONS, DAVID NIKOLOW and BRADLEY CARTER** did knowingly and willfully combine, conspire, confederate and agree together to transport and/or receive in interstate commerce, stolen goods, that is, Chanel bags and Gucci bags, from the Commonwealth of Virginia and the State of

Maryland to the District of Columbia, knowing the same to be stolen, in violation of Title 18, United States Code, Sections 2314 and 2315.

(**Conspiracy to Transport Stolen Goods**, in violation of Title 18, United States Code, Section 371)

## COUNT TWO

On or about January 23, 2008, within the District of Columbia, **ANTONIO DOUGLAS, WALTER ANDREW DOUGLAS, and JOHN WESLEY LYONS**, did unlawfully transport in interstate commerce a stolen goods of a value of $16,100 or more, that is, Chanel Bags, from the Common Wealth of Virginia to the District of Columbia, knowing the same to be stolen.

(**Interstate Transportation of Stolen Goods and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2314 and 2)

## COUNT THREE

On or about January 24, 2008, within the District of Columbia, **DAVID NIKOLOW**, did receive, possess, conceal, store, barter, sell, or dispose of any goods, wares, or merchandise, securities or money of the value of $5,000 or more, or pledges or accepts as security for a loan any goods, wares, or merchandise, or securities, of the value of $500 or more, which have crossed a State of boundary after being stolen, unlawfully converted, or taken, knowing the same to have been stolen, unlawfully converted, or taken.

(**Receipt or Possession of Stolen Goods**, in violation of Title 18, United States Code, Section 2315)

## COUNT FOUR

On or about January 24, 2008, within the District of Columbia, **ANTONIO DOUGLAS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Montgomery County, Maryland, Docket No. 101321C, did unlawfully and knowingly receive and

possess a firearm, that is, Bryco Arms Jennings 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>  (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about January 24, 2008, within the District of Columbia, **WALTER ANDREW DOUGLAS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Arlington County, Virginia, Criminal Case Nos. CR04001323-00 and CF04000453, did unlawfully and knowingly receive and possess a firearm, that is, Bryco Arms Jennings 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>  (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.