NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number  1:08-cr-00013-RCL

David Nikolow
        (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Danny C. Onorato, DC Bar #480043
_(Attorney & Bar ID Number)_

Schertler & Onorato, LLP
_(Firm Name)_

601 Pennsylvania Avenue, NW, North Building, 9th Floor
_(Street Address)_

Washington, DC 20004
_(City)        (State)         (Zip)_

(202) 628-4199
_(Telephone Number)_