NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                             Criminal Number  1:08-cr-00013-RCL

David Nikolow
         (Defendant)


TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

G. Allen Dale, DC Bar #954537
(Attorney & Bar ID Number)

Law Offices of G. Allen Dale
(Firm Name)

601 Pennsylvania Avenue, NW, North Building, 9th Floor
(Street Address)

Washington, DC 20004
(City)        (State)        (Zip)

(202) 638-2900
(Telephone Number)