UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 08-013 (RCL) |
| ) | |
| DAVID NIKOLOW , ) | Judge Royce C. Lamberth |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF CORRECTION

David Nikolow, by and through undersigned counsel, respectfully submits this correction to the Court.  Counsel erroneously referred to *Henderson v. United States*, 687 U.S. 918 (D.C. 1996) in his supplemental and second supplemental motion for release pending trial.  The proper citation is 687 A.2d. 918 (D.C. 1996).  Counsel apologizes for the error.

Dated: May 2, 2008                Respectfully submitted,

                                 David Nikolow
                                 By Counsel


                                   /s/ Danny Onorato
                                 G. Allen Dale
                                 Danny Onorato
                                 601 Pennsylvania Avenue, N.W.
                                 North Building, Suite 900
                                 Washington, D.C.  200004
                                 Telephone:  (202) 628-4199
                                 Facsimile:  (202) 628-4177