## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
| ) | |
| **v.**    ) | Crim. Action No. 08-cr-013 (RCL) |
| ) | |
| **DAVID NIKOLOW,**    ) | |
| ) | |
| **Defendant**    ) | |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, David Nikolow, by his undersigned counsel, is appealing from the Memorandum and Order entered in this matter on the 31st day of January, 2008 (Dkt. No. 6), ordering his pre-trial detention; and the Memorandum and Order entered in this matter on May 14, 2008 (Dkt. No. 42), denying his Motion for Release Pending Trial. This appeal is being taken to the United States Court of Appeals for the District of Columbia Circuit.

Respectfully submitted,

SCHERTLER & ONORATO, LLP

/s/
Danny C. Onorato (#480043)
Peter V. Taylor (#419524)
601 Pennsylvania Ave., NW
North Building, Ninth Floor
Washington, DC  20004-2601
Telephone:  (202) 628-4199
Facsimile:  (202) 628-4177

                    Law Offices of G. Allen Dale

                    _____/s/_____

                    G. Allen Dale (#954537)
                    601 Pennsylvania Avenue, NW
                    Suite 900, North Building
                    Washington, DC 20004-2601
                    202-638-2900-office
                    202-783-1654-fax

                    *Counsel for Defendant David Nikolow*

Dated:  May 22, 2008