UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.:  08-0013 (RCL) |
| | : | |
| **ANTONIO DOUGLAS, ET AL.,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ITS REQUEST FOR TRANSCRIPT REDACTION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests pursuant to Fed. R. Crim. Proc. 45(b)(2), that the time within which the government may file its request for transcript redaction be extended 30 days to and include July 30, 2008. As grounds for this request, the government asserts as follows:

1.  Currently, the government's Request for Transcript Redaction is due on June 30, 2008.

2.  The Government does not believe it will be able to make the appropriate requests for transcript redactions before the deadline date.

WHEREFORE, the United States requests that the time within which it may request transcript redactions be enlarged 30 days to and include July 30, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


 /s/
Nancy Jackson
Assistant United States Attorney

CERTIFICATE OF SERVICE

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Enlargement of Time to be served by mail, postage prepaid, upon counsel, for defendant Antonio Douglas, Nathan Silver PO Box 5757, Bethesda, MD 20824, defendant Walter Douglas, Howard Katzoff, 717 D Street, NW, Suite 310, Washington, DC 20004, defendant John Lyons, Dwight E. Crawley, 1655 North Fort Meyer Drive, Suite 700, Arlington, Virginia 22209, defendant David Nikolow, Danny Onorato, 601 Pennsylvania Ave., North Building 9th Floor, Washington DC 20004 and George Dale, 601 Pennsylvania Ave., North Building Suite 900, Washington DC 20004 , and defendant Bradley Carter, Jonathan Jeffress, 625 Indiana Ave., NW, Suite 550 Washington DC 20004 this 10th day of June, 2008.

/s/
Nancy Jacksom
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0029

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.:  08-0013 (RCL) |
| | : | |
| **ANTONIO DOUGLAS, ET AL.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

ORDER

Upon consideration of the Government's Motion For Enlargement of Time and for the reasons stated herein, it is this _____ day of June, 2008, hereby

ORDERED that the Government's Motion is granted and the government is to file it's Request for Transcript Redactions no later than July 30, 2008 .

_____
The Honorable Royce C. Lamberth
Chief Judge
Unites States District Court
For the District of Columbia

Copies to:

Nathan Silver
PO Box 5757
Bethesda, MD 20824

Howard Katzoff
717 D Street, NW
Suite 310
Washington, DC 20004

 Dwight E. Crawley
1655 North Fort Meyer Drive

Suite 700
Arlington, Virginia 22209


Danny Onorato
601 Pennsylvania Ave.
North Building 9th Floor
Washington DC 20004

George Dale
601 Pennsylvania Ave.
North Building Suite 900
Washington DC 20004

Jonathan Jeffress
625 Indiana Ave., NW
Suite 550
Washington DC 20004