UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 1 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No.: 08-0013 (RCL) |
| ANTONIO DOUGLAS, ET AL., | : |
| Defendant. | : |

ORDER

Upon consideration of the Government's Motion For Enlargement of Time and for the reasons stated herein, it is this _11TH_ day of June, 2008, hereby

ORDERED that the Government's Motion is granted and the government is to file it's Request for Transcript Redactions no later than July 30, 2008 .

_____
The Honorable Royce C. Lamberth
Chief Judge
Unites States District Court
For the District of Columbia

Copies to:

Nathan Silver
PO Box 5757
Bethesda, MD 20824

Howard Katzoff
717 D Street, NW
Suite 310
Washington, DC 20004

Dwight E. Crawley
1655 North Fort Meyer Drive

Suite 700
Arlington, Virginia 22209


Danny Onorato
601 Pennsylvania Ave.
North Building 9th Floor
Washington DC 20004

George Dale
601 Pennsylvania Ave.
North Building Suite 900
Washington DC 20004

Jonathan Jeffress
625 Indiana Ave., NW
Suite 550
Washington DC 20004