UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 2 5 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 08-0013 (RCL) |
| : | |
| ANTONIO DOUGLAS, ET AL., : | |
| : | |
| Defendant. : | |
| : | |

ORDER

Upon consideration of the Government's Second Motion For Enlargement of Time and for the reasons stated herein, it is this 25th day of July, 2008, hereby

ORDERED that the Government's Motion is granted and the government is to file it's Request for Transcript Redactions no later than August 28, 2008 .

_____
The Honorable Royce C. Lamberth
Chief Judge
Unites States District Court
For the District of Columbia

Copies to:

Nathan Silver
PO Box 5757
Bethesda, MD 20824

Howard Katzoff
717 D Street, NW
Suite 310
Washington, DC 20004

Dwight E. Crawley
1655 North Fort Meyer Drive

Suite 700
Arlington, Virginia 22209

Danny Onorato
601 Pennsylvania Ave.
North Building 9th Floor
Washington DC 20004

George Dale
601 Pennsylvania Ave.
North Building Suite 900
Washington DC 20004

Jonathan Jeffress
625 Indiana Ave., NW
Suite 550
Washington DC 20004